UNITED STATES of America,
Plaintiff–Appellee,

v.

Arnulfo Ricardo MARTINEZ,
Defendant–Appellant.

No. 14–30256.

United States Court of Appeals,
Ninth Circuit.

---

* This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36–3.

Submitted Sept. 16, 2015.*

Filed Sept. 18, 2015.

Thomas John Hanlon, Assistant U.S., USYA–Office of the U.S. Attorney, Yakima, WA, for Plaintiff–Appellee.

Troy Joseph Lee, Troy Lee & Associates, Yakima, WA, for Defendant–Appellant.

Before: HUG, FARRIS, and CANBY, Circuit Judges.

## MEMORANDUM **

Arnulfo Ricardo Martinez appeals from the district court's judgment and challenges the conviction and 80–month sentence for possession with intent to distribute a controlled substance, in violation of 21 U.S.C. § 841(a)(1). Pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Martinez's counsel has filed a brief stating that there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided Martinez the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Martinez has waived his right to appeal his conviction and sentence. Because the record discloses no arguable issue as to the validity of the appeal waivers, we dismiss the appeal. *See United States v.*

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

---

*Watson,* 582 F.3d 974, 986–88 (9th Cir. 2009).

Counsel's motion to withdraw as counsel is **GRANTED.**

**DISMISSED.**